Case: 21-1213   Document: 10   Page: 1   Date Filed: 09/03/2021

SEP -3 2021
U.S.C.A. 3rd. CIR

# UNITED STATES COURT OF APPEAL FOR THE THIRD CIRCUIT

C. A. No. 21-1213

Abraham Ituah v. City of Philadelphia, et al.

(E. D. Pa. Civ. No. 2-19-cv-05088)

Plaintiff, Abraham Ituah hereby respond to state that I stands by the original factual allegations contained in my complaint are sufficient, which were the bases of my appeal. See, e.g., Batoff v. State Farm Insurance Co. 977 F. 2nd 848, 851 n.5 (3D Cir. 1992) ("Batoff did not amend his complaint but instead file a notice of Appeal within 30 days of the order.... We find that, by failing to move within the 30 days granted by the court. Batoff elect to stands on his complaint....We therefore exercise jurisdiction; Frederick v. Home Depot, 507 F.3D 188, 193 (3d Cir. 2007) (holding that the appellant "elect to stand on her original complaint rather than amend or refile it" where she repeatedly argued to the district court and this court that the allegations in her complaint were sufficient as-is and, additionally, filed a response to the clerk's jurisdictional-defect notice with a statement that she "stands by her complaint" Lucas v. Township of Bethel, 319_F. 3d_595, 600 (3rd Cir. 2003) (dismissal without prejudice was final and appealable because plaintiff chose to stand on the complaint.

Respectively Submitted,

Date 9/1/2021

Abraham Ituah

# UNITED STATES COURT OF APPEAL FOR THE THIRD CIRCUIT

C. A. No. 21-1213

Abraham Ituah v. City of Philadelphia, et al.

(E. D. Pa. Civ. No. 2-19-cv-05088

CERTIFICATE OF SERVICE

I, Abraham Ituah hereby certify that the ongoing Response to United State Court of Appeal for Third Circuit clerk that I stands by the factual allegations contained in my complaint are sufficient. I further certify that the foregoing paper was served by mail on the following, at the following addresses, on this date on 9/1/-----2021.

City of Philadelphia Law Department
1515 Arch street, suite 15,
Philadelphia PA 19102.

Date 9/1/2021

Abraham Ituah
Plaintiff

Abraham Fitch
419 W. Godfrey Avenue
Philadelphia PA 19120

To clerk
United States Court of Appeals
The Third Circuit

U.S.M.S.
X-RAY

2021 SEP 1 AM 5:02
USDC-EDPA REC'D CLERK