IN THE THIRD CIRCUIT COURT OF APPEALS

| | |
|---|---|
| Abraham Ituah | : No. 21-1213 |
| | : |
| v. | : |
| City of Philadelphia | : |

REQUEST FOR RECONSIDERATION

Comes now the Appellant, Abraham Ituah, who requests that this Honorable Court grant reconsideration of the Opinion of September 26, 2022, on the following grounds:

1. The claim against the City for the actions of City Solicitor Cynthia Stravakis should not be dismissed because of the statute of limitations, as the pleading stated that there was fraud involved, and concealed fraud tolls the statute of limitations. See Fine v. Checchio, 870 A.2d 850 (Pa. 2005). As she sold the property without following proper procedures to a person who I believe, upon information and belief, is known to her from her community and/or circle of friends, who transferred it a limited liability company which didn't even exist at the time of the transfer, a fact I discovered much later, the statute should be tolled, and the transfer should be invalidated. This is a matter I should be able to explore in discovery and the question of when the statute expired is a question for a jury.

2. The claim against the City for the Fourth Amendment violation should not be dismissed because the pleading stated that a structural engineer's report refuted the City's claim that the property was dangerous. As the City's own requirements state that a structural engineer's report indicating the work necessary to repair a building in imminently dangerous status is mandatory, (see Philadelphia Code of Ordinances PM-§110.7) and as the City's failure to take such a report into consideration has been deemed a constitutional violation, (see Bullard v. City of Philadelphia 847 F.2d 711, 720-722 (ED.Pa. 2012)) this should be reconsidered.

Respectfully submitted,

ABRAHAM ITUAH, Pro Se.
419 W. Godfrey Ave.
Philadelphia, PA 19120

October 10, 2022

CERTIFICATE OF SERVICE

I, Abraham Ituah, caused the preceding Reconsideration Request to be served upon **MICHAEL WU-KUNG PFAUTZ, ESQUIRE** by means of PACER.

*[signature]*

ABRAHAM ITUAH, Pro Se

419 W. Godfrey Ave.

Philadelphia, PA 19120

October 10, 2022

Abraham Itveh
415 W. Lehigh Ave
Philadelphia PA 19120

The 3rd Circuit Court

US.CA.3rd.CIR
OCT 12 2022